UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-18653-RAM
CHAPTER 13 CASE

IN RE:

MAYDA ELISA SILVA
AKA MAYDA E. SILVA
AKA MAYDA SILVA
Debtor(s).
_____/

## PRELIMINARY OBJECTION TO
## CONFIRMATION OF PLAN

COMES NOW, SETERUS, INC., AS AUTHORIZED SUBSERVICER FOR FEDERAL
NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION
ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF
AMERICA, ("Claimant"), for property located at 9001 SW 60TH TERRACE, MIAMI, FL 33173
by and through its undersigned attorney, objects to confirmation of Debtor's plan and states as
follows:

1.  The Debtor, Mayda Elisa Silva (the "Debtor") filed a voluntary Chapter 13 petition

    pursuant to the United States Bankruptcy Code (the "Bankruptcy Code") in this Court

    on July 17, 2018.

2.  Claimant is a secured creditor who holds a security interest in Debtor's real property by

    virtue of a mortgage.

3.  The subject loan has been in default as of the payment due November 1, 2017

4.  Claimant intends to file a Proof of Claim to show total approximate arrearage due under

    its mortgage of $22,552.57 and the total debt of $635,123.84 and the regular post

    petition monthly payments of $2,500.36 which includes escrows of $601.21.  Debtor's

18-01322

Plan fails to provide for full payment of that secured claim in violation of the requirements of §1325(a)(5).

5. Secured Creditor is aware that the Plan proposes a Mortgage Modification, however, such modification has not been entered into at this point and Creditor is filing this Objection to preserve its rights in regards to a Plan that does not conform to the Secured Creditor's Proof of Claim.

6. Claimant has not accepted the Plan

7. Claimant reserves the right to file a supplemental objection.

8. As a result of preparing and filing this Objection to Plan Confirmation, Claimant has incurred additional attorney's fees

WHEREFORE, Claimant, SETERUS, INC., AS AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, files this objection to confirmation of plan and moves the Court to deny confirmation of said plan and grant such additional relief as the Court deems just and proper.

Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-0908
Telephone: (954) 453-0365/1-800-441-2438
Facsimile:  (954) 771-6052
reshaundra.suggs@clegalgroup.com

By: _____
ReShaundra M. Suggs, Esq.
Bar Number: 77094

18-01322

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the Objection to Confirmation of Plan was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this 30th day of _____July_____, 2018.

Mailing List for Bankruptcy Case No:18-18653-RAM

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

NANCY K. NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

MAYDA ELISA SILVA
9001 SW 60 TERR
MIAMI, FL 331730000

PATRICK CORDERO, ESQ
7333 CORAL WAY
MIAMI, FL, 33155

By: _____
ReShaundra M. Suggs, Esq.

18-01322