## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                                                                    CASE NO. 18-18653-RAM
                                                                                          CHAPTER 13
Mayda Elisa Silva

Debtor._____/

## MOTION TO MODIFY PLAN

**COMES NOW**, the Debtor, Mayda Elisa Silva, and by and through the undersigned attorney files this Motion to Modify Plan and states as follows:

1) The Debtor filed a petition for Chapter 13 bankruptcy on July 17, 2018.

2) The Debtor's Chapter 13 plan was confirmed on January 22, 2019.

3) The Debtor is seeking to modify the plan to extend the length of the plan to 84 months pursuant to the CARES Act of 2020 due to loss of income and financial hardship arising from the COVID-19 pandemic .

4) The Debtor is also seeking to conform to the notice of mortgage payment change claim #3-1 filed by U.S. Bank Trust N.A.

**WHEREFORE**, the Debtor, Mayda Elisa Silva, respectfully requests this Motion to Modify Plan be GRANTED.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

*Respectfully submitted,*

Law Offices of Patrick L. Cordero, P.A.
Attorney for Debtor
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

/s/ (FILED  ECF)
Miriam Marenco, Esq.
FL Bar No. 86115